UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: - 9 MAR 2010
```

------------------------------------X

LUISA OYARZUN,

    -against-

MARINA MARTINEZ; RAFAEL MARTINEZ; THE CITY
OF YONKERS; CAPTAIN SALVATORE DiMAGGIO;
CAPTAIN DAN DALY; THE FBI; FBI SUPERVISOR ROBERT
SILVERI; FBI AGENT ANA TORRES; YONKERS POLICE
EDMUND HARTNETT; MANAGER ANTHONY DISANZO,
USA-Post Office Greystone Station; CEO/PRESIDENT TONY
NICELY, Geico Insurance Company; EXEC. PRES./CEO
JOHN DEREK MADRIGAL, Vonage; CON EDISON;
NORTHERN MANHATTAN; NEW YORK STATE; REGIONAL
SUPERVISOR KAREN REYNOLDS, Yonkers Catholic
Charities; NELSON ROSARIO; HOUSING AND COMMUNITY
DEVELOPMENT; COMMUNITY MANAGER JACKIE
MAJORS-MYLES; BUENA VISTA TOWERS APARTMENTS;
H&S PROPERTY MANAGEMENT, INC.; ANDREW
ROMANO; JOHN ROMANO; JUDGE ROBERT C. CERRATO;
JUDGE MARY ANNE SCATTARETICO-NABER; MALE
SUPERVISOR JUDGE; ATTORNEY CHARLES MACELLARO;
USA POSTAL INSPECTOR DENNIS O'CONNELL; FEMALE
USA POSTAL INSPECTOR; CAPTAIN ROBERT ITZLA;
JUDGE PAMELA PEARLMAN; DIRECTOR MARK LACIVITA;
MS. DONOVAN; NEW YORK STATE COMMISSION ON
JUDICIAL CONDUCT; DEPUTY COMMISSIONER BURTON
BLAUSTEIN, NYC Department of Social Service; LUDMILA
DVORIN, NYC Department of Social Service; DEBORA HOLT-
KNIGHT; NYC Department of Social Service; JANICE
MARSHALL, USA Food Stamps-Food and Nutritional Services
Employee; NEW YORK STATE MEDICAID OFFICE;
BARBARA HARRIS, NYS Medicaid Office; DEBORAH
BACHARACH, NYS Medicaid Office; SUE KELLY, NYS
Medicaid Office; PATRICIA RYAN, NYS Medicaid Office; DR.
NOEL RONCAL; DIRECTOR BARBARA FINKELSTEIN,
Hudson Valley Legal Aid Services; DEPUTY DIRECTOR
LEWIS G. GREEKMORE, Hudson Valley Legal Aid Services;
ATTORNEY BRENDAN NEWCOMB, Hudson Valley Legal
Aid Services; CHARLES R. TAYLOR, Employee, Yonkers
Department of Buildings; MR. "RAYMOND," Supervisor,
Yonkers Department of Buildings; JOE GUARNIERO,
Supervisor, Yonkers Department of Buildings; LANDLORD

CIVIL

JUDGMENT

09 Civ. 1641 (LAP)

NORIS SORIANO; DOMINACANO CRUZ; AURORA
CHAMACHA; JORGE CRUZ, Son of Dominicano Cruz                :
and Aurora Chamacha; ATTORNEY FELIX SANCHEZ;
ALMA MARTINEZ; District Attorney JANET DiFIORE;              :
Asst District Attorney BRIAN F. FITZGERALD; PRESIDENT/
ADMINISTRATOR, Intake for Hudson Valley Legal Services;     :
GEORGE AND KATHERINE BOUSOUNIS and their FBI
Agent son-in-law; WESTCHESTER DEPARTMENT OF                 :
HEALTH; COMMISSIONER ANTONIA C. NOVELLO;
RICHARD F. DAINES, M.D., NYS Department of Health           :
Commissioner; USA DEPARTMENT OF JUSTICE; MARIA
RICHARDO, Presbyterian/Columbia University Medical Center;  :
CENTER FOR MEDICAID AND MEDICARE SERVICES;
OFFICE OF TEMPORARY DISABILITY ASSISTANCE;                  :
ROBERT MORGENTHAU; Captain Dept Inspector ANDREW
CAPUL; Director CHRISTINA CURRY, Harlem Independent         :
Living Center; Social Worker CHRISTINA SABALA; LES LOPEZ;
OFFICE OF CIVIL RIGHTS; APPLE BANK; WACHOVIA
BANK; WELLS FARGO BANK; BANK OF AMERICA;                    :
CITIZENS BANK; ABN-AMRO MORTGAGE COMPANY;
YONKERS CRIME VICTIMS BOARD; HUMAN RIGHTS                   :
COMMISSION; CITY OF YONKERS COMMISSION ON
HUMAN RIGHTS; CITY OF YONKERS WATER                         :
DEPARTMENT; WESTCHESTER DEPARTMENT OF SOCIAL
SERVICES; LLE; TELELANGUAGE INTERPRETING AND               :
TRANSLATING SERVICE; TELEINTERPRETERS; Psychiatrist
GREGORY LACCHINI; Attorney JEFFREY M. KASSOVER;            :
MR. CASTILLO; Attorney JOSE A. GINARTE; ROBERT D.
KUTTNER; ROBERT W. BRONSTEIN; NEW YORK CITY                :
LEGAL AID SOCIETY; ANDOVER SUB-ACUTE AND REHAB
CENTER; SERGIO KIELMANOWICZ; TILITO; RAMON                 :
GONZALEZ; ALEJANDRO BOUZA;
MORRISTOWN MUNICIPAL COURT,                                 :

                         Defendants.                        :
_____X

         Pursuant to the order issued ____**E 0 MAR 2010**____ by the Honorable Loretta A.

Preska, Chief Judge, dismissing the action, it is,

         **ORDERED, ADJUDGED AND DECREED**: That the action is hereby dismissed for

failure to state a claim upon which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii). The

2

Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

*Loretta A. Presley*
LORETTA A. PRESKA
Chief Judge

Dated: 9 MAR 2010
    New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON_____.